ALEXANDER G. CALFO (SBN 152891)
  *ACalfo@yukelaw.com*
KELLEY S. OLAH (SBN 245180)
  *KOlah@yukelaw.com*
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 362-7777
Facsimile:    (213) 362-7788

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK TOTH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DEPUY ORTHOPAEDICS, INC.,<br>THOMAS P. SCHMALZRIED, M.D.<br>A PROFESSIONAL CORPORATION,<br>and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 4:11-CV-01728-CW<br><br>**STIPULATION TO STAY PROCEEDINGS**<br><br>[Filed concurrently with [Proposed] Order]<br><br>*Hon. Claudia Wilken*<br><br>Action Filed:　　March 9, 2011<br>Trial Date:　　　None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The parties to this action, by and through the undersigned counsel, stipulate to stay all proceedings in this case pending resolution of a motion that is currently before the Judicial Panel on Multidistrict Litigation, seeking establishment of a multi-district litigation ("MDL") proceeding, coordinating all federal cases (like this one) in which plaintiffs allege that they suffered personal injuries as a result of being implanted with a Pinnacle Acetabular Cup System ("Pinnacle Cup System") manufactured by defendant DePuy Orthopaedics, Inc.  While Plaintiffs intend to file a remand motion in the MDL proceeding on the basis that they believe this action was improperly removed to Federal Court, they agree with Defendants that because an MDL proceeding will likely be created and this case will likely be transferred to it, a stay of this action

will preserve the resources of the Court and all the parties involved.  All parties agree that a stay of proceedings is necessary and appropriate to achieve the judicial economies that underlie 28 U.S.C. § 1407 and that the burden of duplicative litigation weighs heavily in favor of staying proceedings pending MDL transfer.

The parties further stipulate that all deadlines in the above-captioned matter, including any deadlines relating to a potential remand motion and any outstanding responsive pleadings, are extended until 30 days after the first Status Conference set in the MDL proceeding (or 30 days after the Panel issues an Order denying an MDL).

For the foregoing reasons, the parties respectfully request that the Court grant the stipulation to stay all proceedings in this action pending resolution of the motion to create a Pinnacle Cup System MDL proceeding.

Respectfully submitted,

DATED: April 28, 2011          SEEGER SALVAS LLP

By:  /s/ Brian Devine
     Kenneth Seeger
     Brian Devine
     Attorneys for Plaintiff FRANK TOTH

DATED: April 28, 2011          YUKEVICH CALFO & CAVANAUGH

By:  [signature]
     Alexander G. Calfo
     Kelley S. Olah
     Attorneys for Defendant DEPUY
     ORTHOPAEDICS, INC.

1 | DATED: April 28, 2011         SEDGWICK LLP

By:  */s/ Wendy Tucker*
     Wendy Tucker
     Kelly Savage Day
     Attorneys for Defendant THOMAS P.
     SCHMALZRIED, M.D.

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On April 28, 2011, I served true copies of the following document(s) described as **STIPULATION TO STAY PROCEEDINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Kenneth M. Seeger<br>Brian J. Devine<br>SEEGER • SALVAS LLP<br>455 Market Street, Suite 1530<br>San Francisco, CA  94105 | Attorneys for Plaintiff<br>FRANK TOTH<br><br>T:     (415) 981-9260<br>F:     (415) 981-9266 |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2011, at Los Angeles, California.

_____
Deanna Castellanos