1 ALEXANDER G. CALFO (SBN 152891)
  ACalfo@yukelaw.com
2 KELLEY S. OLAH (SBN 245180)
  KOlah@yukelaw.com
3 YUKEVICH CALFO & CAVANAUGH
  355 S. Grand Avenue, 15th Floor
4 Los Angeles, CA 90071-1560
  Telephone:   (213) 362-7777
5 Facsimile:    (213) 362-7788

6 Attorneys for Defendant
  DEPUY ORTHOPAEDICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK TOTH, | CASE NO. 4:11-CV-01728-CW |
| Plaintiff, | **ORDER RE: STIPULATION TO STAY PROCEEDINGS** |
| vs. | *Hon. Claudia Wilken* |
| DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive, | Action Filed: March 9, 2011<br>Trial Date: None Set |
| Defendants. | |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff FRANK TOTH; Defendant DEPUY ORTHOPAEDICS, INC.; and Defendant THOMAS P. SCHMALZRIED, M.D. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

/ / /

/ / /

/ / /

/ / /

/ / /

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending resolution of the motion to create a Pinnacle Cup System MDL proceeding.

IT IS SO ORDERED.

Dated: April 29, 2011

_____
Judge Claudia Wilken

Respectfully submitted by,

DATED: April 28, 2011                    YUKEVICH CALFO & CAVANAUGH

By: _____
Alexander G. Calfo
Kelley S. Olah
Attorneys for Defendant DEPUY ORTHOPAEDICS, INC.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On April 28, 2011, I served true copies of the following document(s) described as **PROPOSED ORDER RE: STIPULATION TO STAY PROCEEDINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Kenneth M. Seeger | Attorneys for Plaintiff |
| Brian J. Devine | FRANK TOTH |
| SEEGER • SALVAS LLP | |
| 455 Market Street, Suite 1530 | T: (415) 981-9260 |
| San Francisco, CA 94105 | F: (415) 981-9266 |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2011, at Los Angeles, California.

Deanna Castellanos

548573.1 / 25-049                         4:11-CV-01728-CW
~~PROPOSED~~ ORDER RE: STIPULATION TO STAY PROCEEDINGS